Argued April 4—decided April 7, 1967

ASSOCIATES DISCOUNT CORPORATION *v.* BLEASE WELDON

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Sidney Vogel,* in support of the petition.

*Milton H. Hausman,* in opposition.

Submitted March 12—decided April 19, 1967